UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE G. LOZANO,

    Plaintiff,

v.                          Case No. 2:23-cv-236-JES-NPM

KEVIN RAMBOSK AND
ZINIA RODRIGUEZ,

    Defendants.
_____

## ORDER OF DISMISSAL

On April 4, 2023, Plaintiff Jose G. Lozano filed a *pro* se civil rights complaint under 42 U.S.C. § 1983 complaining of an injury to his shoulder that occurred in the shower at the Collier County Jail. (Doc. 1). However, it appears that Plaintiff has already filed a complaint complaining of the same incident and naming the same defendants. See Case No. 2:23-cv-160-SPC-KCD, filed March 7, 2023. The earlier-filed case is still pending.

Plaintiff cannot have identical cases pending simultaneously. See Continental Grain Co. v. The FBL-585, 364 U.S. 19, 26 (1960) ("To permit a situation in which two cases involving precisely the same issues are simultaneously pending in different District Courts leads to . . . wastefulness of time, energy and money[.]"). It appears that Plaintiff may have intended the complaint filed in this case as an amended complaint in the earlier-filed action. Therefore, the Court will not assess a separate filing fee in this

case. Instead, this action will be dismissed without prejudice to Plaintiff seeking leave to file an amended complaint in case number 2:23-cv-160-SPC-KCD.

Accordingly, it is now **ORDERED**:

1. Plaintiff's complaint is **DISMISSED** as a duplicate filing.
2. The Clerk is directed to deny any pending motions as moot, close this case, and enter judgment accordingly.

**DONE AND ORDERED** in Fort Myers, Florida on April 6, 2023.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

SA: FTMP-2

Copies to:   Jose G. Lozano

2